**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **CASE NO. 3:26-CR-30003**

**WILLIAM SMITH**                                              **DEFENDANT**

## <u>ORDER</u>

Currently before the Court are Defendant's Motion to Dismiss Indictment and Brief in Support (Doc. 15) and the Government's Response in Opposition (Doc. 16). Defendant moves for dismissal of the indictment charging him with being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1). He contends that § 922(g)(1) is unconstitutional in violation of the Second Amendment and counter to the Supreme Court's analysis in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). Defendant acknowledges up front that several Eighth Circuit panels have squarely rejected this argument, *e.g.*, *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024), *cert. denied*, 145 S. Ct. 2708 (2025), but explains that he makes this motion to preserve his argument for possible review by the Supreme Court.

This Court, of course, is bound by Eighth Circuit precedent. *Hood v. United States*, 342 F.3d 861, 864 (8th Cir. 2003). Following *United States v. Rahimi*, 602 U.S. 680 (2024), the Eighth Circuit held in *Jackson* that § 922(g)(1)'s prohibition on firearm possession by felons was constitutional. 110 F.4th at 1125 ("[W]e conclude that there is no need for felony-by-felony litigation regarding the constitutionality of § 922(g)(1)."). The Eighth Circuit explained that "Congress acted within the historical tradition when it enacted § 922(g)(1) and the prohibition on possession of firearms by felons," and *Bruen* and

1

*Rahimi* "cast no doubt on the constitutionality" of this prohibition. *Id.* at 1129 (citations omitted).  Accordingly, Defendant's Motion to Dismiss Indictment (Doc. 15) is **DENIED**.

**IT IS SO ORDERED** on this 5th day of May, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE